# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE No. 2:08-00518-LSC-HGD** |
| ) | |
| **ROBIN LEE JONES** ) | |
| **ROBERT LEE** ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, defendants ROBIN LEE JONES and ROBERT LEE ("the defendants") have pleaded guilty to various offenses alleged in Indictment. In particular, Jones has pleaded guilty to, among other things, wire fraud offenses alleged in Counts 1, 2, 11, and 12; and Lee has pleaded guilty to, among other things, wire fraud offenses alleged in Counts 15, and 16.

AND WHEREAS the defendants also pleaded guilty to Indictment Count 19, in which the United States gave notice to the defendants that, in the event of their conviction, they would be required to forfeit to the United States all proceeds derived from their wire fraud offenses, which is the sum of $256,963;

AND WHEREAS the Court has determined, pursuant to Federal Rule of Criminal Procedure Rule 32.2(b)(1) the defendants' Plea Agreements, that the defendants were jointly and severally liable for $256,963, which represents the proceeds of the offenses of conviction, as established by the Plea Agreements;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That defendants shall FORFEIT the sum of $256,963 to the United States of America and that they shall be jointly and severally liable to the United States for that amount.

2. That the Attorney General or his designee is hereby authorized to seize said property forfeited herein.

3. That this Order of Forfeiture shall be deemed final as to defendants ROBIN LEE JONES and ROBERT LEE, and shall be made part of each defendant's sentence and included in each defendant's Judgment in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

4. That this Order of Forfeiture operates as a money judgment against defendants ROBIN LEE JONES and ROBERT LEE, thereby eliminating the requirement for ancillary proceedings.  Therefore, this Order shall serve as a FINAL ORDER OF FORFEITURE in this criminal action, pursuant to Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure.

5. That the Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Thomas E. Borton, Assistant U.S. Attorney and one certified copy to the U.S. Marshal Service.

SO ORDERED this _____ day of _____, 2009.

_____
**HONORABLE L. SCOTT COOGLER**
United States District Judge